IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONARD EDWARD EWALT,<br><br>Defendant. | CR 13–11–BU–DWM–2<br><br><br><br>ORDER |

The United States having moved unopposed to dismiss the amended petition for revocation,

IT IS ORDERED that the motion (Doc. 235) is GRANTED.  The pending Amended Revocation Petition (Doc. 222) is DISMISSED.  The revocation hearing set for January 6, 2021, is VACATED.

DATED this  22 nd  day of December, 2020.

12:39 PM

Donald W. Molloy, District Judge
United States District Court